**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00445-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MANUEL HUALA-ARIAS,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Huala-Arias is set **Thursday, November 19, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  November 4, 2009

_____