# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  09-cr-00445-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MANUEL HUALA-ARIAS,

        Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     A hearing is set on attorney Brian Leedy's Motion to Withdraw as Counsel and Appoint Alternate Counsel **on January 5, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  December 29, 2009