**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00445-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MANUEL HUALA-ARIAS,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further hearing on the Motion to Withdraw as Counsel and Appoint Alternate Counsel is set **Tuesday, January 12, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.  An interpreter is required.

Dated:  January 6, 2010