**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00445-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MANUEL HUALA-ARIAS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, due to a conflict in the Court's calendar, the status conference regarding Defendant Huala-Arias set **February 23, 2010 is VACATED and RESET FOR February 18, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  February 8, 2010