IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

                         JUDGE  LEWIS  T.  BABCOCK

                             COURTROOM MINUTES
_____

Courtroom Deputy: Deborah Hansen         Date:  September 15, 2010
Court Reporter:    Tracy Weir            Probation: Jan Woll
                                         Interpreter: Ruth Warner

_____

Criminal Action No.  09-cr-00445-LTB     *Counsel:*

UNITED STATES OF AMERICA,                John Canedy

     Plaintiff,

v.

1. MANUEL HUALA-ARIAS,                   William Taylor

     Defendant.

_____

                                SENTENCING
_____

09:00 a.m.    Court in Session

Defendant is present and in custody.

Interpreter sworn

Appearances

Court's comments

Argument re Defendant's Motion for Non-Guideline Statutory Sentence (Doc No.  43, filed September 2, 2010)

1

Sentencing statement by Mr. Taylor

Statement by Defendant

Court's findings entered on the record.

**ORDERED: The Defendant's Motion for Non-Guideline Statutory Sentence (Doc No. 43) is DENIED.**

> Defendant plead guilty to the Indictment on February 26, 2010.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Manuel Huala-Arias, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 77 months.**

**ORDERED**: **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years**.

**ORDERED**: Conditions of Supervised Release:
- (x) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released
- (x) Defendant shall not commit another federal, state or local crime
- (x) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
- (x) Defendant shall comply with standard conditions as adopted by the court
- (x) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the Presentence Report report indicates a low risk of future substance abuse by defendant.
- (x) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED:** Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**: Defendant advised of right to appeal.

Discussion re credit for time served

The Court recommends that the Bureau of Prisons credit defendant with 355 days spent in official detention before sentencing.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

| | |
|---|---|
| 09:47 a.m. | Court in Recess |
| | Hearing concluded |
| | Time: /47 |